RONALD J. TENPAS, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and H. DALE HALL, Director of the United States Fish and Wildlife Service, <br><br> Defendants. | No. C 06-7117 WHA <br><br> **JOINT STIPULATION AS TO EXTENSION OF SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Pursuant to Civil L.R. 6-2, this Stipulation is entered into by and between Plaintiffs, Center for Biological Diversity, Peter Galvin, and Rose Braz, and Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and H. Dale Hall, Director of the United States Fish and Wildlife Service.

WHEREAS, on June 27, 2007, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief pursuant to the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-44;

WHEREAS, Plaintiffs, on September 19, 2007, filed a Motion for Summary Judgment pursuant to Fed R. Civ. P. 56(a) and this Court's Case Management Order;

WHEREAS, pursuant to this Court's Case Management Order, Defendants' Cross-Motion for Summary Judgment would be due on October 19, 2007;

WHEREAS, recent discussions between the Parties as to settlement of this litigation have proven productive;

WHEREAS, no extensions of time have previously been granted to either party;

WHEREAS, a two-week extension of Defendants' briefing deadline would have no effect on the date currently scheduled for hearing of this matter, January 17, 2008;

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. An extended briefing schedule on the parties cross-motions for summary judgment is necessary to allow sufficient time for fruitful settlement discussions.
2. The Parties agree that briefing on their cross-motions for summary judgment will proceed as follows:
   a. Defendants shall file their Response to Plaintiff's Motion for Summary Judgment, their Cross-Motion for Summary Judgment, and accompanying brief on or before November 5, 2007.
   b. Plaintiffs shall file their Response/Reply on or before December 5, 2007.
   c. Defendants shall file their Reply on or before January 4, 2008.
3. By this agreement the Parties do not waive any substantive claim or defense.

Dated: October 16, 2007                    Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　　 */s/ Brendan Cummings*
                                            Brendan Cummings (CA Bar No. 193952)
                                            CENTER FOR BIOLOGICAL DIVERSITY
                                            P.O. Box 549
                                            Joshua Tree, CA 92252
                                            Phone: (760) 366-2232
                                            Facsimile: (760) 366-2669
                                            Email: bcummings@biologicaldiversity.org

No. C 06-7117 WHA
Joint Stipulation Extending Briefing Schedule            2

Justin Augustine (CA Bar No. 235561)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: jaugustine@biologicaldiversity.org

Attorneys for Plaintiffs


RONALD J. TENPAS, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief

_____*/s/ Lawson E. Fite*_____
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.


October 17, 2007
                                    _____
                                    UNITED STATES DISTRICT JUDGE

No. C 06-7117 WHA
Joint Stipulation Extending Briefing Schedule            3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>    Defendants. | No. C 06-07117 WHA<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                          */s/ Lawson E. Fite*
                                                         LAWSON E. FITE