IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a nonprofit organization, PETER GALVIN, an individual, and ROSE BRAZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, U.S. Department of the Interior, and DALE HALL, Director, U.S. Fish and Wildlife Service,<br><br>Defendants. | No. C 06-07117 WHA<br><br>**ORDER DENYING REQUEST TO ENLARGE TIME WITHIN WHICH TO FILE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES** |

Good cause not shown, the joint request to enlarge time within which to file plaintiffs' motion for attorney's fees is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 26, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE