1  Justin Augustine (CA Bar #235561)
   CENTER FOR BIOLOGICAL DIVERSITY
2  San Francisco Bay Area Office
   1095 Market Street, Suite 511
3  San Francisco, CA 94103
   Tel: 415-436-9682
4  Fax: 415-436-9683
   Email: jaugustine@biologicaldiversity.org

Attorney for Plaintiffs

SCOTT N. SCHOOLS
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile: (415) 436-6748
Email: charles.oconnor@usdoj.gov

RONALD J. TENPAS, Assistant Attorney General
JEAN WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0217
Facsimile: (202) 305-0275
lawson.fite@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DIRK KEMPTHORNE, et al., | ) ) |
| Defendants. | ) ) ) |

No. C 06-7117 WHA

**STIPULATED SETTLEMENT AGREEMENT AND [PROPOSED] ORDER ON ATTORNEYS' FEES**

Plaintiffs, Center for Biological Diversity Peter Galvin, and Rose Braz, and Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and H. Dale Hall, Director of the United States Fish and Wildlife Service ("FWS" or the "Service"), by and through their undersigned counsel, state as follows:

WHEREAS, on November 16, 2006, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief, and on June 26, 2007, filed a First Amended Complaint for Declaratory and Injunctive relief, alleging violations of section 4 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1533;

WHEREAS, on January 23, 2008, this Court entered an Order granting in part and denying in part the parties' cross-motions for summary judgment;

WHEREAS, the Court entered Judgment on February 21, 2008 in favor of Plaintiffs and against Defendants;

WHEREAS, Section 11(g)(4) of the ESA, 16 U.S.C. § 1540(g), provides that a Court may award attorneys' fees "whenever . . . appropriate" in litigation under the ESA;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Defendants agree to pay to Plaintiffs reasonable attorneys' fees and costs, pursuant to Section 11(g)(1)(C) of the ESA, 16 U.S.C. § 1540 (g)(1)(C). Therefore, Defendants agree to settle all of Plaintiffs' claims for costs and attorneys' fees in the above-captioned litigation for a total of $36,000.00. A check will be made payable in that amount to Center for Biological Diversity and mailed to Plaintiffs' undersigned counsel, Justin Augustine, 1095 Market Street, Suite 511, San Francisco, CA 94103.

2. Defendants agree to submit all necessary paperwork for the processing of the attorneys' fee award to the Department of the Treasury's Judgment Fund Office, pursuant to 16 U.S.C. § 1540(g)(4), within ten (10) business days of receipt of the court order approving this stipulation.

3. Plaintiffs agree to accept payment of $36,000.00 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which Plaintiffs are entitled in the above-captioned

litigation, through and including the date of this agreement.

4. Plaintiffs agree that receipt of this payment from Defendants shall operate as a release of Plaintiffs' claims for attorneys' fees and costs in this matter, through and including the date of this agreement.

5. The parties agree that Plaintiffs reserve the right to seek additional fees and costs incurred subsequent to this agreement arising from a need to enforce or defend against efforts to modify the Court's order of January 23, or its Judgment of February 21, 2008, or for any other unforseen continuation of this action.

6. By this agreement, Defendants do not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rate, in any future litigation, or continuation of the present action. Further, this stipulation as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

7. The parties agree that this Settlement Agreement was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested, denied, and disputed by the parties. By entering into this Agreement the parties do not waive any claim or defense.

8. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the Court's entry of the terms and conditions of this Agreement and do hereby agree to the terms herein.

9. The terms of this Agreement shall become effective upon entry of an order by the Court ratifying the Agreement.

Dated: March 5, 2008    Respectfully submitted,


    */s/ Justin Augustine*
JUSTIN AUGUSTINE
Center for Biological Diversity

Attorney for Plaintiffs


RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief


    */s/ Lawson E. Fite*
LAWSON E. FITE, Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Environment & Natural Resources Division

Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED
Judge William Alsup

_____
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al., )
)
    Plaintiff, )
) No. C 06-7117 WHA
    v. )
)
DIRK KEMPTHORNE, et al., )
)
    Defendants. )

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Stipulated Settlement Agreement and [Proposed] Order was served on this 5th day of March, 2008, via the CM/ECF system, on all counsel of record.

                                      */s/ Lawson E. Fite*
                                      LAWSON E. FITE